

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00348-CV

———————————————

IN RE TEXAS HEALTH HUGULEY, INC. D/B/A TEXAS HEALTH HUGULEY
HOSPITAL FT. WORTH SOUTH; DR. JASON A. SEIDEN; JOHN DOES #1-5;
AND JANE ROES #1-5, Relators

Original Proceeding
323rd District Court of Tarrant County, Texas
Trial Court No. 323-117290-21
and
48th District Court of Tarrant County, Texas
Trial Court No. 048-329996-21

Before Womack, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

On November 4, 2021, Relators filed a letter stating that the temporary restraining order which was the subject of Relators' petition for writ of mandamus and motion for emergency relief was dissolved by the 48th District Court of Tarrant County, Texas, and therefore, Relators were withdrawing their petition for writ of mandamus. Accordingly, without passing on the merits of the case, Relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: November 8, 2021